FILED by **SA** D.C.
ELECTRONIC

Jun 21, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80122-CR-HURLEY/UNASSIGNEDMAG

18 U.S.C. § 876(c)
18 U.S.C. § 1038(a)(1)

UNITED STATES OF AMERICA

vs.

JUSTIN BURTON LANE,

    Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about January 3, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**JUSTIN BURTON LANE,**

knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication dated December 26, 2011, addressed to State Attorney, Michael F. McAuliffe, 401 North Dixie Highway, West Palm Beach, Florida, 33401 and containing a threat to injure Michael F. McAuliffe and a named Assistant State Attorney, all in violation of Title 18, United States Code, Section 876(c).

## COUNT 2

On or about January 3, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**JUSTIN BURTON LANE,**

did engage in conduct with intent to convey false and misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, and will take place, that would constitute a violation of Title 18, United States Code, Chapters 10 and 113 B, in that the defendant placed and caused to be place in the United States mail an envelope addressed to State Attorney, Michael F. McAuliffe, 401 North Dixie Highway, West Palm Beach, Florida, 33401 that contained a white powdery substance and letter stating, in part, "I hope you inhale this [...] and your heart explodes .... What do you think the white powder is? Could it be something like Anthrex [sic]?", all in violation of Title 18, United States Code, Section 1038(a)(1).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

ROBERT H. WATERS, JR.
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JUSTIN BURTON LANE,

         **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami  ___ Key West
___ FTL    _X_ WPB    ___ FTP

New Defendant(s)                Yes ___    No ___
Number of New Defendants        ___
Total number of counts          ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect ___

4. This case will take   2   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I    0 to 5 days       _x_
   II   6 to 10 days      ___
   III  11 to 20 days     ___
   IV   21 to 60 days     ___
   V    61 days and over  ___

   (Check only one)

   Petty    ___
   Minor    ___
   Misdem.  ___
   Felony   _x_

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   YES
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   2005
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _x_ No

                                        _____
                                        ROBERT H. WATERS, JR.
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Florida Bar No./Court No. 365483

*Penalty Sheets attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** JUSTIN BURTON LANE

**Case No:** _____

Count 1:

Mailing threatening letters

Title 18, United States Code, Section 1846

**\*Max. Penalty:**   5 Years' Imprisonment; $250,000.00 Fine
3 years' supervised release

Count 2:

False information and hoaxes

Title 18, United States Code, Section 1038(a)(1)

**\*Max. Penalty:**   5 Years' Imprisonment; $250,000.00 Fine
3 years' supervised release

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

## BOND RECOMMENDATION

DEFENDANT: JUSTIN BURTON LANE

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Robert H. Waters, Jr.

Last Known Address: _____

What Facility: _____

Agent(s): TFO Robbie Bronson
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
Federal Bureau of Investigation