FILED by ___ D.C.

SEP 04 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA          CASE # __12 - 80122-CR-Hurley__

VS

__Justin Lane__                   PRISONER # __00411-104__

*************************************************************

TO: CLERK'S OFFICE, UNITED STATES DISTRICT COURT:   (CIRCLE ONE)

MIAMI    FT. LAUDERDALE    (WEST PALM BEACH)    FT. PIERCE
*************************************************************

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":*

1) DATE AND TIME OF ARREST: __08/29/12  0900__

2) LANGUAGE(S) SPOKEN: __English__

3) OFFENSE(S) CHARGED: __Fraud - False statements__

4) U.S. CITIZEN   [✓] YES    [ ] NO    [ ] UNKNOWN

5) DATE OF BIRTH: __/84__

6) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
   [✓] INDICTMENT
   [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: __SD/FL__

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES   [ ] NO

7) AMOUNT OF BOND: __N/A__    WHO SET BOND: __N/A__

8) ARRESTING (PROCESSING AGENT:) __M. SMILEY__    DATE: __8/29/12__

9) AGENCY: __USMS__    PHONE: __561-655-1827__