UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:12-80122-Cr-Hurley/Hopkins

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUSTIN BURTON LANE,

    Defendant.
_____/

FILED by _____ D.C.
SEP - 4 2012
STEVEN M. LARIMORE
CLERK U.S. DIST CT.
S.D. OF FLA. - W.P.B.

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **DAVE LEE BRANNON** on **SEPTEMBER 4, 2012**, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**  Address: __IN CUSTODY__

        Prisoner#_____

        Language   __ENGLISH__

        Telephone no.:_____

**DEFENSE COUNSEL:**  Name: __FEDERAL PUBLIC DEFENDER__

        Address: __WEST PALM BEACH, FLORIDA__

        Telephone no.: __(561) 833-6288__

BOND/SET/CONTINUED: $__PTD/STIP   (DLB)__

/////PTD hrg held: YES_____ NO__X__ BOND/PTD hrg set for_____

Dated this __4th__ day of __SEPTEMBER__, 2012.

STEVEN M. LARIMORE, CLERK OF COURT

By: _____
      Deputy Clerk

c:   Courtroom Deputy, District Judge
      United States Attorney
      Defense Counsel
      United States Pretrial Service